IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_____ DIVISION

SHIRLEY SKIPPER-SCOTT                              PLAINIFF

VS.                                    CIVIL ACTION NO. 3:13CV19 HTW-LRA

ERIC HOLDER,                                        DEFENDANT
ATTORNEY GENERAL
DEPARTMENT OF JUSTICE



SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 15 2013
J T NOBLIN, CLERK
BY_____ DEPUTY

## MOTION

COMES NOW, plaintiff, Shirley Skipper-Scott, pro se, and for cause of action

against the defendant(s), Eric Holder, Attorney General, Department of Justice, would state:

### I.

Plaintiff is requesting a Jury trial and that an Attorney be appointed to represent her in this cause of action.

Respectfully submitted, this the 31st day of December, 2012.

_____

NAME, ADDRESS AND PHONE NUMBER OF PLAINTIFF:

Shirley Skipper-Scott
4301 Raleigh Court, Apt. #1308
Midland, Texas 79707
601-988-7452 or 432-466-2450 (work)