IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
_____DIVISION

SHIRLEY SKIPPER-SCOTT                                         PLAINIFF

VS.                                        CIVIL ACTION NO. 3:13cv19 HTW-LRA

ERIC HOLDER,                                                  DEFENDANT
ATTORNEY GENERAL
DEPARTMENT OF JUSTICE



FILED JAN 15 2013 J T NOBLIN, CLERK

## MOTION

COMES NOW, plaintiff, <u>Shirley Skipper-Scott</u>, pro se, and for cause of action against the defendant(s), <u>Eric Holder, Attorney General, Department of Justice,</u> would state:

### I.

Plaintiff is requesting a Jury trial and that an Attorney be appointed to represent her in this cause of action.

Respectfully submitted, this the <u>31st</u> day <u>of December</u>, 2012.

*[signature]*

NAME, ADDRESS AND PHONE NUMBER OF PLAINTIFF:

<u>Shirley Skipper-Scott</u>
<u>4301 Raleigh Court, Apt. #1308</u>
<u>Midland, Texas 79707</u>
<u>601-988-7452 or 432-466-2450 (work)</u>