# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Shirley Skipper-Scott <br><br> *Plaintiff* <br><br> v. <br><br> Eric Holder, Attorney <br><br> *Defendant* | ) <br> ) <br> ) <br> ) Civil Action No. 3:13CV17HTW-LRA <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* DEPARTMENT OF JUSTICE
Federal Correctional Complex
Yazoo, City, MS  28163

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Shirley Skipper-Scott
    4301 Raleigh Court
    Apartment #1308
    Midland, TX 39707

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*J. T. NOBLIN*
CLERK OF COURT

Date: 01/31/2013                    By: S. Cook
                                                    *Signature of Clerk or Deputy-Clerk*

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | | |
|---|---|---|
| Shirley Skipper-Scott | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:13CV17HTW-LRA |
| Eric Holder, Attorney | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Eric Holder, Attoreny General
950 Pennsylvania Avenue, NW
Washington, D. C. 20530-001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shirley Skipper-Scott
4301 Raleigh Court
Apartment #1308
Midland, TX 39707

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
CLERK OF COURT

Date: 01/31/2013    By: S. Cook
*Signature of Clerk or Deputy-Clerk*