IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SHIRLEY SKIPPER-SCOTT                                 PLAINIFF

VS.                               CIVIL ACTION NO.   3:13-cv-17-HTW-LRA

ERIC HOLDER,                                        DEFENDANT
ATTORNEY GENERAL
DEPARTMENT OF JUSTICE

**MOTION**

COMES NOW, plaintiff, Shirley Skipper-Scott, pro se, and for cause of action against the defendant(s), Eric Holder, Attorney General, Department of Justice, would state:

**I.**

Plaintiff is requesting that her case be amended to civil action cause against Eric Holder, Attorney General, only. There is an error made on the initial Civil Action No. 3:13-cv-17HTW-LRA, indicating that the Plaintiff is bringing civil action against Eric Holder, Attorney General and the Department of Justice. Eric Holder is the Attorney General who resides over the Department of Justice in which the Plaintiff is employed. Therefore, he is the sole Defendant.

Respectfully submitted, this the 24th day of May, 2013.

*[signature]*

NAME, ADDRESS AND PHONE NUMBER OF PLAINTIFF:

Shirley Skipper-Scott
4301 Raleigh Court, Apt. #1308
Midland, Texas 79707
601-988-7452 or 432-466-2450 (work)