AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:13CV17HTW-LRA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 11 2013
_____ J.T. NOBLIN, CLERK
BY _____ DEPUTY

This summons for *(name of individual and title, if any)* Eric Hilder, Attorney General
was received by me on *(date)* May 21, 2013.

☑ I personally served the summons on the individual at *(place)*

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Eric Hilder, Attny General
950 Pennsylvania Ave. NW
Washington, DC 20530-001

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery MAY 21 2013
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number: 7012 3460 0001 3517 3108
PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*
For delivery information visit our website at www.usps.com®

[LEFLEUR STATION JACKSON, MS 39211 postmark MAY 17 2013]

Hilder, Attorney General
950 Pennsylvania Ave., NW
Washington, DC 20530-001

for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 5/17/2013

_[signature]_ Shirley Kepp-Oast
*Server's signature*

DDr Scott (Plaintiff)

05/17/2013                    03:40:14 PM
Lefleur Post Office
Jackson, Mississippi
392119998
2737860034-0098
(601)366-7488
─────────────────────────────
Sales Receipt
Product          Sale Unit   Final
Description      Qty  Price  Price
─────────────────────────────
00 WASHINGTON DC 20530
Zone-5 Priority Mail
13.30 oz.
Expected Delivery: Mon 05/20/13
Return Rcpt (Green Card)              $2.55
00 Certified                          $3.10
Label #:
70123460000135173108                 $11.65
(Forever)                             $9.20
Four Flags
Double Sided
Bklt/20

Issue FVI:        1   $9.20

Total:                              $20.85

Paid by:
Debit Card                          $20.85
Account #: XXXXXXXXXXXX3110
Approval #: 069829
Transaction #: 35
23 903260065
Receipt #: 005398

00 For tracking or inquiries go to
USPS.com or call 1-800-222-1811

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

• Sender: Please print your name, address, and ZIP+4 in this box •

Shirley Skipper Scott
4301 Raleigh Ct. # 1308
Midland, Texas 79707

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Mississippi

| | |
|---|---|
| Shirley Skipper-Scott </br></br>*Plaintiff* </br></br> v. </br></br> Eric Holder, Attorney </br></br> *Defendant* | ) </br> ) </br> ) </br> ) Civil Action No. 3:13CV17HTW-LRA </br> ) </br> ) </br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Eric Holder, Attoreny General
950 Pennsylvania Avenue, NW
Washington, D. C.  20530-001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Shirley Skipper-Scott
4301 Raleigh Court
Apartment #1308
Midland, TX 39707

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

J. T. NOBLIN
*CLERK OF COURT*

Date: 01/31/2013

By: S. Cook
*Signature of Clerk or Deputy-Clerk*

U.S. POSTAGE PAID
MIDLAND, TX
79707
JUN 06, 13
AMOUNT
$0.92
0001081I-I

39201
UNITED STATES POSTAL SERVICE
1000

Shirley Skipper Scott
4301 Raleigh Ct. #1308
Midland, Texas 79707

RECEIVED
JUN 11 2013
Clerk, U.S. District Court
Southern District of Miss.

FIRST CLASS

Clerk, U.S. District Court
501 E. Court St., Suite 2.5
Jackson, MS 39201